**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

U S Courthouse, Suite 202
300 South 4th Street
Minneapolis, MN 55415

Divisional Offices
700 Federal Bldg.
316 No Robert Street
St. Paul, Mn 55101

RICHARD D. SLETTEN, CLERK
(612) 664-5000

417 U. S. Courthouse & Federal Building
515 West First Street
Duluth, MN 55802

December 9, 2004

**RE: Case Name:** USA vs Jose Uscanga-Gonzalez
**Case Number:** 0:01-CR-00195 (1) PAM

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $ 100.00 | 1/5/04 |

Sincerely,

s/Jennifer Nurnberger
FinancialTechnician

FILED 12/9/04
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 11/28/01
Deputy Clerk's Initials JN